# In The United States Court of Federal Claims

No. 12-507L

(Filed: December 12, 2012)

_____

ARTHUR P. BAILEY, JR. and
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Monday, December 17, 2012, at 2:30 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge