# In The United States Court of Federal Claims

No. 12-507L

(Filed: September 6, 2013)

_____

ARTHUR P. BAILEY, JR. AND
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 4, 2013, the parties filed a joint status report requesting additional time to resolve defendant's objections to the Claims Book and proposing a schedule for the engagement of an appraiser. The court hereby orders the following:

1. On or before October 10, 2013, the parties shall notify the court whether there are any remaining Claims Book objections and whether they will seek the court's assistance in resolving such objections; and

2. On or before March 14, 2014, the parties shall file a joint status report discussing the status of the joint appraisal process and their progress in resolving this case without further litigation.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge