# In The United States Court of Federal Claims

No.  12-507L

(Filed:  October 18, 2013)

_____

ARTHUR P. BAILEY, JR. AND
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons,

          Plaintiffs,

    v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On October 17, 2013, defendant filed an unopposed motion to lift the stay of proceedings entered on October 8, 2013 and to reset deadlines in this case.  Accordingly, the court hereby adopts the following schedule:

1. On or before October 31, 2013, the parties shall notify the court regarding whether there are any remaining Claims Book objections; and

2. On or before March 14, 2014, the parties shall file a joint status report discussing the status of the joint appraisal process and their progress in resolving this case without further litigation.

**IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge