# In The United States Court of Federal Claims

No. 12-507L

(Filed: November 4, 2013)

_____

ARTHUR P. BAILEY, JR. and
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Thursday, November 14, 2013, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge