# In The United States Court of Federal Claims

No.  12-507L

(Filed:  November 14, 2013)

_____

ARTHUR P. BAILEY, JR. AND
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons,

                Plaintiffs,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case.  Participating for plaintiff was John Sears, and for defendant was Joshua Doan.  Pursuant to the discussion, the parties shall file, on or before November 21, 2013, a proposed schedule for the completion of the following tasks:

1.     The joint appointment of an appraiser;

2.     A mid-term status report on the progress of the appraiser; and

3.     A date by which the final appraisal report should be received by the parties.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge