# In The United States Court of Federal Claims

No. 12-507L

(Filed: November 22, 2013)

_____

ARTHUR P. BAILEY, JR. AND
CATHY BAILEY, et al.,
For Themselves and As Representatives of
a Class of Similarly Situated Persons,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 20, 2013, the parties submitted a proposed schedule for the appraisal process. Accordingly, the court hereby adopts the following schedule:

1. On or before December 15, 2013, the parties shall appoint an appraisal expert;

2. On or before February 19, 2014, the parties shall file a joint status report on the progress of the appraiser;

3. The final appraisal report shall be completed by April 15, 2014; and

4. On or before June 17, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge